UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

Ahmad Javon Lane
Plaintiff

Beyonce Giselle Knowles Carter/ Shawn Corey Carter
Defendant

Complaint

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 26 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

1:17-CV-3760

I believe that Beyonce Giselle Knowles Carter and/ Shawn Corey Carter have repeatedly participated in the practice of tracking me, hacking me, espionage, invasion of privacy, stalking me and making money off of my work without consent of course. This started in 2014 when I filed a copyright infringement case. My claims we're that she copied certain aspects of the song and artwork as well and image. Basically, she knew the overall image that I created and the outfits that I was wearing and performed what I believe was a spoof of my life. Shortly after she continued to spoof my work by publicly slamming my follow up song "PLAY". She has also made reference publicly to my sexuality, public mention of my email login passwords all in the form of song lyrics. As well as participating in the practice of threatening me and people around me as art which is now being done by other artists in the industry. Allegations include
Invasion of privacy
Hacking passwords
Leaking information
Mention of others around me
Continued plagiarism
Participating in the act of investigating me.

Seeking the demands of $77,777,000.07

Thank you

Ahmad Javon Lane

*[signature]*

09/26/2017